# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:19-cr-00078-SCJ-LTW
## USA v. Jafari
## Honorable Steve C. Jones

Minute Sheet for proceedings held In Open Court on 07/19/2023.

TIME COURT COMMENCED: 11:00 A.M.
TIME COURT CONCLUDED: 11:40 A.M.
TIME IN COURT: 00:40
OFFICE LOCATION: Atlanta

COURT REPORTER: Viola Zborowski
USPO: Candice Logan
DEPUTY CLERK: Pamela Wright

| | |
|---|---|
| DEFENDANT(S): | [1]Lohrasb (Jeff) Jafari Present at proceedings |
| ATTORNEY(S) PRESENT: | Todd Ellinwood representing USA  <br> Nathan Kitchens representing USA  <br> Jolee Porter representing USA  <br> Steven Sadow representing Lohrasb (Jeff) Jafari |
| PROCEEDING CATEGORY: | Sentencing Hearing(Sentencing Hearing Non-evidentiary); |
| MINUTE TEXT: | Sentencing hearing held as to Counts 1, 7, and 13 of the Third Superseding Indictment. Sentence imposed: 60 months imprisonment as to each count, to be served concurrently; 3 years supervised release as to each count, concurrent; $300 special assessment; fine waived; $909,674.00 restitution; voluntary surrender on or after 11/01/2023. The Court advised defendant of his appeal rights. |
| HEARING STATUS: | Hearing Concluded |